United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 8, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-20627
Summary Calendar
_____

LEONARD R. CROOMS,

Petitioner-Appellant,

versus

TEXAS BOARD OF PARDONS & PAROLES,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-03-CV-1125
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Leonard R. Crooms, Texas prisoner # 352784, appeals the district court's dismissal of his 28 U.S.C. § 1361 petition for a writ of mandamus. His notice of appeal was filed on June 17, 2003. Crooms did not obtain permission from a judge of this court before filing his appeal, as he is required to do pursuant to this court's order in Crooms v. Cockrell, No. 01-21003 (5th Cir. March 28, 2002). The instant appeal is therefore DISMISSED as improvidently filed.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.